NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1326, -1327, -1328, 2009-1131

DIGITAL SPECTRUM SOLUTIONS, INC.,

Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY

Defendant-Appellee,

and

ATICO INTERNATIONAL USA, INC., and
TARGET CORPORATION,

Defendants-Appellees,

and

WESTINGHOUSE DIGITAL ELECTRONICS LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case nos. 07-CV-729, 07-CV-730, and 07-CV-745, Judge James V. Selna.

ON MOTION

## O R D E R

Upon consideration of the joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    All sides shall bear their own costs.

FOR THE COURT

FEB 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK

cc:   Floyd B. Chapman, Esq.
      Robert D. Fish, Esq.
      R. Scott Feldman, Esq.
      Evan Finkel, Esq.

s8

ISSUED AS A MANDATE:   FEB 13 2009
                       _____

2008-1326, -1327, -1328, 2009-1131        2